IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALECIA CAMERON                                                                                                    PLAINTIFF

VS.                                        CASE NO. 2:08-CV-0016 BSM

GAS-FIRED PRODUCTS, INC.                                                                              DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of Dismissal (docket #13) filed jointly by the parties, this case is hereby dismissed with prejudice and without costs.

IT IS SO ORDERED on this, the 4th day of March, 2009.

_____
BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE